IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Miller, Valerie V | Case Number: 05 B 41764 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 9/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,100.00 | |
| Secured: | | 2,497.42 |
| Unsecured: | | 8,259.55 |
| Priority: | | 827.66 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 764.48 |
| Other Funds: | | 1,650.89 |
| Totals: | 16,100.00 | 16,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,100.00 | 2,100.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 8,965.31 | 2,497.42 |
| 5. | Illinois Dept of Revenue | Priority | 827.66 | 827.66 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,931.66 | 1,931.66 |
| 7. | Commonwealth Edison | Unsecured | 1,851.71 | 1,851.71 |
| 8. | AmeriCash Loans, LLC | Unsecured | 549.11 | 549.11 |
| 9. | Devon Financial Services Inc | Unsecured | 431.01 | 431.01 |
| 10. | AFNI | Unsecured | 822.03 | 745.02 |
| 11. | Illinois Dept of Revenue | Unsecured | 238.15 | 238.15 |
| 12. | Peoples Energy Corp | Unsecured | 1,878.59 | 1,878.59 |
| 13. | Illinois Bell Telephone | Unsecured | 634.30 | 634.30 |
| 14. | R & R Country Motors | Unsecured | | No Claim Filed |
| 15. | Midwest Title | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 20,229.53 | $ 13,684.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 267.57 |
| 4.8% | 169.48 |
| 5.4% | 324.33 |
| 6.5% | 3.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Miller, Valerie V

Printed: 9/3/08

Case Number: 05 B 41764
Judge: Goldgar, A. Benjamin
Filed: 9/29/05

_____
$ 764.48

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

